UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEEAN V. LUNDHOLM JR.,

        Plaintiff(s),                              No. C 11-06346 PJH

    v.                                        **ORDER TO SHOW CAUSE**

THE UNITED STATES OF AMERICA,

        Defendant(s).

_____/

       Plaintiff filed this action on December 15, 2011 and a case management conference was scheduled for May 10, 2012 by the magistrate judge to whom the case was assigned. On December 30, 2012, a summons was issued for the United States of America. Given that plaintiff filed both a consent and a declination to proceed before the magistrate judge, the case was reassigned to the undersigned district judge on February 23, 2012, and all dates were vacated. On February 28, 2012 the initial case management conference was re-scheduled for April 19, 2012 and notice was mailed to plaintiff at the address he provided to the court and was not returned. Plaintiff did not appear for the conference or file a case management statement in advance of the conference as ordered. No appearance for defendant was made, which is understandable given that there is no proof of service of the summons and complaint on defendant.

       Accordingly, plaintiff Dean Lundholm, Jr. is ORDERED TO SHOW CAUSE why his claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure or for failure to serve pursuant to Rule 4(m).

       The hearing on the order to show cause will be held on May 10, 2012. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

       **IT IS SO ORDERED.**

Dated: April 20, 2012

                                                                        _____
                                                                      PHYLLIS J. HAMILTON
                                                                       United States District Judge