UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN V. LUNDHOLM JR.,

    Plaintiff,

    v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 11-6346 PJH

**ORDER OF DISMISSAL**

    Plaintiff filed this action on December 15, 2011.  After failing to appear at the initial case management conference and failing to file a case management statement as ordered, the court ordered plaintiff to show cause as to why his claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure or for failure to serve pursuant to Rule 4(m).  Plaintiff did appear at the May 10, 2012 hearing on the order to show cause, the order was discharged and plaintiff was permitted another 30 days in which to serve the defendant and file a proof of service.  To date, no proof of service has been filed.  Accordingly, this action is hereby dismissed without prejudice for failure to serve.

    **IT IS SO ORDERED.**

Dated: June 26, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge