1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN V. LUNDHOLM JR.,

        Plaintiff,

    v.

THE UNITED STATES OF AMERICA,

        Defendant.

_____/

No. C 11-06346 PJH

**JUDGMENT**

    The court having ordered the plaintiff to serve the complaint on the defendant and file a proof of service with the court within 30 days of the May 10, 2012 order to show cause hearing, and plaintiff having failed to file a proof of service with the court, and the court having dismissed the action,

    It is Ordered and Adjudged

    that plaintiff take nothing, and that this action be dismissed.

    **IT IS SO ORDERED.**

Dated: June 26, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge