UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN V. LUNDHOLM JR.,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

_____/

No. C 11-06346 PJH

**JUDGMENT**

The court having ordered the plaintiff to serve the complaint on the defendant and file a proof of service with the court within 30 days of the May 10, 2012 order to show cause hearing, and plaintiff having failed to file a proof of service with the court, and the court having dismissed the action,

    It is Ordered and Adjudged

    that plaintiff take nothing, and that this action be dismissed.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge